McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHARLES WITHERS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:07-CV-01826 AWI DLB<br><br>STIPULATION AND PROPOSED ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    The Commissioner agrees that upon remand the Appeals Council will direct the administrative law judge (ALJ) to issue a fully favorable decision finding Plaintiff disabled based on Medical-Vocational Rule 201.06, 20 C.F.R., Pt. 404, Subpt. P, App. 2, Table 2, beginning April 1, 2003, based on Plaintiff's application protectively filed on May 20, 2004.

/ /

It is further stipulated that the existing administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                      Respectfully submitted,

Dated: July 3, 2008                    */s/ Robert Ishikawa*
                                      (As authorized via facsimile)
                                      ROBERT ISHIKAWA
                                      Attorney for Plaintiff

Dated: July 3, 2008                    McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      */s/ Sarah Ryan*
                                      SARAH RYAN
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                            <u>ORDER</u>

IT IS SO ORDERED.

**Dated:   July 7, 2008**                 **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE