McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHARLES WITHERS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-01826 AWI DLB<br><br>STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d). |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff, Charles Withers, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND FIVE HUNDRED and NO/100 DOLLARS ($2,500.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of shall TWO THOUSAND FIVE HUNDRED and NO/100 DOLLARS ($2,500.00) constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further agree that Plaintiff has executed a valid assignment of all right, title and interest in and to said attorney's fees under the EAJA, in favor of and to his attorney of record, Robert Ishikawa. The parties stipulate and agree that the EAJA fees shall be paid directly to:

>Robert Ishikawa, Esquire
>Law Offices of Robert Ishikawa
>57613 N. West Ave., Suite 101
>Fresno, CA 93711.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their stipulation and agreement, and enter their proposed Order as agreed.

Respectfully submitted,

Dated: September 22, 2008

*/s/ Robert Ishikawa*
(As authorized via facsimile)
ROBERT ISHIKAWA
Attorney for Plaintiff

Dated: September 22, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| CHARLES WITHERS, | ) | CIVIL NO. 2:07-CV-01826 AWI  DLB |
|     Plaintiff, | ) | |
|     v. | ) | ORDER APPROVING STIPULATION FOR SETTLEMENT OF ATTORNEY'S FEE PURSUANT TO EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d). |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

On this day came on to be heard the stipulation of Plaintiff and Defendant for approval of an agreement to settle attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C., § 2412(d).   The Court finding good cause for approving the stipulation and agreement of the parties, said stipulation and agreement IS HEREBY APPROVED AND ORDERED.  IT IS, FURTHER, ORDERED AND DECREED, that the EAJA fees in the amount of TWO THOUSAND FIVE HUNDRED and NO/100 DOLLARS ($2,500.00) which would otherwise have been payable to Plaintiff as attorney's fees arising from the prosecution of this action shall be paid, instead, to:

    Robert Ishikawa, Esquire
    Law Offices of Robert Ishikawa
    57613 N.  West Ave., Suite 101
    Fresno, CA 93711.
IT IS SO ORDERED.

Dated:   **September 23, 2008**          **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE